No. 259. STENECK ET AL. *v.* NEW JERSEY. October 10, 1938. Petition for writ of certiorari to the Hudson County Court of Quarter Sessions, of New Jersey, denied. *Mr. Edward A. Markley* for petitioners. *Messrs. Frank G. Schlosser* and *Atwood C. Wolf* for respondent.

No. 261. FORD MOTOR Co. *v.* CULLUM. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. S. Austin Wier* for petitioner. No appearance for respondent.

No. 262. HARTFORD ACCIDENT & INDEMNITY Co. *v.* COLLINS. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. A. P. Pujo* for petitioner. *Mr. J. O. Modisette* for respondent.

No. 268. HIRAM WALKER & SONS, INC., *v.* UNITED STATES. October 10, 1938. Petition for writ of certiorari to the Court of Customs and Patent Appeals denied. *Mr. Benjamin A. Levett* for petitioner. *Solicitor General Jackson* and *Mr. Edward J. Ennis* for the United States.

No. 272. MEMPHIS FURNITURE MFG. Co. *v.* NATIONAL LABOR RELATIONS BOARD. October 10, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Hamilton E. Little* for petitioner. *Solicitor General Jackson,* and *Messrs. A. H.*